UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:23-CV-681-MMH-PRL

JEREMY ACHEY
(PLAINTIFF)
v.

D.E.A.
(DEFENDANT)

## COMPLAINT AND MOTION FOR SUMMARY JUDGEMENT

Come now the plaintiff, Jeremy Achey, in pro se, with a Complaint against a U.S. Department Of Justice agency, namely, "Drug Enforcement Agency" (hereafter "DEA") for withholding records pursuant to the F.O.I.A. (request no. 23-00012-FP) filing lawsuit under U.S.C. 522(a)(6)(C)(i).   The Plaintiff respectfully request the honorable court ORDER the agency to produce the requested information.  Achey also seeks court cost, legal fees and damages.

## PROCEDURAL HISTORY

Achey filed a general F.O.I.A. request to the DEA January 4, 2023, ( Exhibit A-1). The agency did not respond. March 7, 2023 Achey filed a timely appeal with the U.S. Dept. of Justice (Exhibit B  no: A-2023-00875).    The agency responded, claiming they had, "no record if having received a FOIA request" but agreed "to accept the request included in your appeal as a proper request" id., assigning it request number "23-0012-FP" (Exhibit B-1) the appeal was closed.   In a letter dated March 9th the agency declared the request required "more specificity" in order to be processed, id. (Exhibit C).  Achey responded with the requested information in hopes of narrowing down the search (Exhibit C-1).  After the agency failed to produce the records in the time allowed by statute Achey filed a second appeal with the DOJ,(no:2023-00922) The agency responded claiming exemptions for some of the information due to "privacy" concerns, (Exhibit D). Since the agency responded the appeal was closed. Achey filed an third appeal with the DOJ  May, 30, 2023. (Exhibit  D-3) arguing two of the people he seeks records of, the agency claims the exemption(s) for, are deceased and have no privacy interest.[1] The DOJ did not respond.

As of the date of this filing the DEA has not produced any information from the request to the plaintiff.

---

1. JONATHAN HERYCYK AND KRISTINA GORMAN, id.

-1-

## MEMORANDUM OF LAW

Achey has exhausted his administrative remedies, filing several timely appeals of the denial of his request

by the above agency, (treating failure to produce the requested information within the statutory time period as

denial of the request, and denial under unwarranted exemptions). See Miccosukee Tribe of Indians of Fla. v.

U..S. 516 F 3d 1235 (11th Cir. 2008)(1. when the agency denies all or part of the party's request, OR 2. the agency

does not meet certain statutory requirements, Taylor v. Appleton 30 F. 3d. 1365(11th Cir. 1994) id at 1368.

## REQUEST FOR VAUGHN INDEXING

Achey request a Vaughn Indexing from the agency, See Vaughn v. Rosen 484 F 2d. 820(D.C. 1937(requires a

detailed indexing of requested documents and the rational for employing exemptions.) and request segregable

portions of the exempted files be furnished, see E.P.A. v. Mink 410 U.S. 73, 35 L. Ed. 2d. 119, 93 S. Ct. 827(1973)

## RELIEF

Achey seeks injunction relief, damages, legal fees and court cost. Achey seeks to recover the cost of filing

all the unnecessary appeals caused by the *agency* delay in fulfilling the request (see Enclosed "Itemization").

In addition to all filing fees and legal cost Achey seeks $100.00 per day until the *agency* furnished the requested

information pursuant to U.S.C. 522 (a)(4)(c), not to exceed the maximum allowed by statute.

WHEREFORE it is for all these reasons the plaintiff, Jeremy Achey, PRAYS the honorable Court GRANT his

Complaint and Motion for Summary Judgment, Vaughn Indexing, and Relief against the above agency.

Respectfully Submitted this *16Th* Day of *Nov. 2023* .

x._____
    Jeremy Achey (in pro se)
    76109066
    F.C.C. Coleman USP-1
    P.O. Box 1033
    Coleman, FL 33521

ITEMIZATION OF COST

I. D.E.A.

  A. F.O.I.A. # 23-00012-FP

    1. PRINT COST (6) UNITS      .30

    2. CORRLINKS UNITS (1) HOUR    3.00

    3. CERT. MAIL RECEIPT    5.00

  B. APPEAL # 1. A-2023-00875

    1. PRINT COST (2) PAGES (6) UNITS    .30

    2. CORRLINKS COST (1) HOUR    3.00

    3. CERT. MAIL RECEIPT    5.00

  C. MORE "SPECIFICITY" REPLY

    1. PRINT COST (1) PAGE    .15

    2. CORRLINKS UNITS (1) HOUR    3.00

  D. APPEAL # 2 A-2023-00922

    1. PRINT COST (2) PAGES    .30

    2. CORRLINKS UNITS (1) HOUR    3.00

    3. CERT. MAIL RECEIPT    5.00

  E. APPEAL # 3 A-2023-01431

    1. PRINT COST (2) PAGES    .30

    2. CORRLINKS (1) HOUR    3.00

  F. MOTION FOR SUMMARY JUDGEMENT

    1. PRINT COST (4) PAGES    .60

    2. CORRLINKS (1) HOUR    3.00

    3. LEGAL ENVELOPES    1.35

    4. EXHIBIT COPIES (12)    1.80

        TOTAL    $ 38.10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY ACHEY

V-

D-E-A-

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this motion upon the Clerk of this court via U.S. Mail, properly addressed First-Class postage pre-paid, placing into the internal mailing system as made available to inmates for legal mail at the Coleman Correctional Complex USP-1. The Movant/Defendant further request that a copy of this [his] pleading be forwarded to all interested parties via the CM-ECF system, as he is detained, indigent, and had no other means.

Done this _16th_ Day of _Nov._ 202 3.

Respectfully Submitted

x. _____

JEREMY ACHEY "PRO SE"

76109066
Coleman Correctional Complex
P.O. Box 1033
Coleman FL, 33521

# EXHIBIT

## "A"–1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | 1/10/23 |

Sent To *DEA Southeast LAB MIAMI 424*
Street and Apt. No., or PO Box No. *300 INTERNATIONAL PARKWAY SUITE*
City, State, ZIP+4® *Heathrow, FL 32746*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0000 5469 6547

*Delivered Jan. 20, 2023*

TRULINCS 76109066 - ACHEY, JEREMY P - Unit: COP-D-A

-----------------------------------------------------------------------------------------

FROM: 76109066 ACHEY, JEREMY P
TO:
SUBJECT: DEA FL
DATE: 03/06/2023 02:54 PM

### PUBLIC DISCLOSURE ACT REQUEST

January 4, 2023

To: DEA Southeast Lab Miami FL
    Orlando District Office
    300 International Parkway, Suite 424
    Heathrow, FL   32746

From:  Jeremy Achey 76109066
    F.C.C. USP-1 P.O. Box 1033
    Coleman, FL  33521

To clerk of records,

    Pursuant to the Public Disclosure Act or Public Records Act (RCW 42.56) and all other relevant sections and parts thereof I, _JEREMY ACHEY_ , do hereby respectfully request a copy and / or facsimile of all:

    Records, Papers, Files, Writings, Recordings, Photographs, Magnetic Tapes, Computer Disc, Affidavits, Reports, Forensic Analysis, Forensic Reports and Files, Fingerprint Evidence, DNA Evidence, Witness Reports and Statements, Alternative Suspect List, Local--State--and Federal Reports and Files, and All Other Records, Information and Data regardless of physical form or characteristic either created, received and maintained, referencing, mentioning or having anything to do with:

Kristina Gorman, John Herycyk, Jeremy Achey, (case no: 6:17-cr-00165-PGB)

Zackary Stewart, Kevan Slater, Johnny Benjamin (case no: 9:17-cr-80203-WPD)

4-ANPP

including but not limited to:

1.) GC/MS and LC/MS qualitative and quantitative analysis reports of all substances tested in connection with these individuals and / or cases.

2.) Any Policy statement of storage procedure for substances.

3.) Records of compliance to storage policies relative to the  substances tested in the above cases between Sept. 2016  and Dec 2017.

4.) All substance reports containing a detectable amount of 4-ANPP between September 2016 and December 2017 and their related case numbers and suspects list.

5.) Phone Records, Tolls, Text, Chats, and GPS data.

6.) Exhibit(s)  N-4, N-6, N-9, N-14, N-15, (DVD's of "screenshots" from ROI's 0109, 0112, 3341 and 3342).

TRULINCS 76109066 - ACHEY, JEREMY P - Unit: COP-D-A

------------------------------------------------------------------------------------------------

PUBLIC DISCLOSURE ACT REQUEST CONTINUED

I expect all records and information from every retrievable source including, but not limited to, all Indexes whether they are computerized or not.

According to the Washington State Attorney General's "A Citizens' Rights Publication", just because part of a record may be exempt does not mean the entire records can be withheld. In those cases, the agency has the obligation to black out or otherwise remove the information it believes is exempt from disclosure and provide me the rest. Furthermore, the pamphlet states , "If you are denied access to a public record, the agency must identify the specific exemption or other law it believes justifies its denial and explain how that exemption applies to your request."

If an agency denies my request, I may ask the agency to conduct an internal review of its denial within two business days after denial. At that time, the agency's denial is considered final and I can seek Superior Court review or, in some cases, review by the Attorney General's Office.

Public Records Act, Chapter 42.56.550 Allows me to seek Judicial review of any denial by an agency whether local or state. The burden of proof is on the agency to show cause why it has refused to allow inspection or copying of a specific public record or class of records.

Judicial review of all agency actions under the Public Records Act shall be de novo.  Any person who prevails against any agency in any action in the Superior Court seeking the right to inspect and copy any public record or the right to receive a response to a public record request within a reasonable amount of time (5 business days, See Chapter 42.56.520) shall be awarded all cost, including reasonable attorney fees, incurred in connection with such a legal action. In addition, it shall be within the discretion of the Superior Court to award such a person an amount not less than five dollars and not to exceed on hundred dollars, "for each day that he or she was denied the right to inspect said public record."

In light of all of the above, I expect a response to this request within 5 business days of receipt of this request by your agency, and thank you in advance for all of your time and consideration in this matter.

Sincerely,

X._____

-2-

# EXHIBIT "B"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required         $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$                                    3/8/2023

Sent To *F.O.I.A. U.S. DEPT. OF JUSTICE ( D.E.A.)*

Street and Apt. No., or PO Box No. *Flag Building Suite 570*

City, State, ZIP+4® *Washington D.C. 20503*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7022 2410 0000 5469 7469

TRULINCS 76109066 - ACHEY, JEREMY P - Unit: COP-D-A

-----------------------------------------------------------------------------------------------------

FROM: 76109066 ACHEY, JEREMY P
TO:
SUBJECT: DENAIL OF FOIA
DATE: 01/27/2023 09:53 AM

## APPEAL OF DENIAL OF FOIA REQUEST


DATE: *March 3, 2023*

TO: Freedom Of Information Act Appeal
Office of Information And Privacy
U.S. DEPARTMENT OF JUSTICE
Flag Building Suite 510
Washington, DC 20503

From: Jeremy Achey 76109066
F.C.C. USP-1
P.O. Box 1033
Coleman, FL 33521

ATTN: Clerk of Office,

Comes now the Plaintiff, *JEREMY ACHEY*, on appeal from denial of F.O.I.A. request from the following

agency: *DRUG ENFORCEMENT AGENCY ORLANDO / MIAMI*

_____

CITATION OF AUTHORITY

An appeal of a F.O.I.A. request denial is governed by 28 CFR 16.8, 5 USC 552(a)(4) and 522 (a)(6)(A)-(C).

PROCEDURAL HISTORY

On or about, *JAN 10TH 2023*, the Plaintiff, *JEREMY ACHEY*, did place a FOIA request addressed

to the above agency in the U.S. postal service.    (see Enclosed copy of request).

U.S.P.S. tracking confirms the request was delivered on, *Jan. 17, 2023*_____, (See Exhibit A).

As of the date of this mailing the agency has neither complied with the request, nor given reason not to honor

the request for information.


WHEREFORE, the Plaintiff, in absence of a timely response, ask the Office of Information and Privacy, to

consider these circumstances as evidence of the denial of the request and allow his appeal to be filed.

Sincerely,



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

March 07, 2023

Jeremy Achey
Register No. 76109-066
USP POB 1033
Coleman, FL 33521

Dear Jeremy Achey:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the non-action of the Drug Enforcement Administration on 03/07/2023.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2023-00875. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist

# EXHIBIT
# "B",



**U.S. Department of Justice**
Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, Virginia 22152

March 9, 2023

Case Number: 23-00012-FP

Subject: Information regarding Jeremey Achey and multiple defendants, including but limited to laboratory reports, policy statement of storage procedures for substances, records of compliance to storage policies relative to the substances tested between September 2016 and December 2017, substance reports containing a detectable amount of 4-ANPP, and phone records

Jeremy Achey
Reg. No. 76109-066
USP Coleman I
P.O. Box 1033
Coleman, Florida 33521

Dear Jeremy Achey:

This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated January 4, 2023, received by the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to information regarding the above subject. Your request was opened and assigned the above case number. Please include this case number when communicating with this office.

Since you have requested records pertaining to yourself, you are required to verify your identity as required by Department of Justice (DOJ) regulation 28 C.F.R. § 16.41(d). Specifically, if you would like this office to process your request and search for responsive records, you will need to either: (1) return a completed Certification of Identity, DOJ-361 Form to this office, or (2) provide a statement notarized or signed under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your full name, place of birth, date of birth, and current address. As a courtesy, we are enclosing a Certification of Identity, DOJ-361 Form for you to complete.

Additionally, with regard to the court docket numbers listed in your request letter, please be advised that DEA does not maintain or retrieve investigative information by court docket numbers. Our investigative records are maintained and retrieved by investigative file references or file numbers assigned by this Agency. Thus, the docket numbers are of no assistance in locating records responsive to your request.

To retrieve the information that you may be seeking requires more specificity. For example, in your letter, you are requesting DEA records that are associated with two criminal court cases, yet you have not specified a particular DEA office that you wish searched; or the specific arrest date or location. Please be advised, DEA has 239 domestic offices in 23 divisions

Case Number: 23-00012-FP

Page 2

throughout the United States, 92 foreign offices in 69 countries, and more than 150 headquarters offices. Since your description did not limit the search to a specific office or area, a vast majority of DEA offices would be tasked to conduct a search of their respective offices for any responsive records pertaining to the subject of your request. As such, your request is overly broad and burdensome.

To this end, no further action will be initiated on this request until we are in receipt of the above documentation. Upon receipt, we will conduct a query of the Investigation Reporting and Filing System (IRFS). IRFS is the system of records that contains all administrative, general and investigative files compiled by DEA for law enforcement purposes. If this office does not receive your response within 30 business days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. In the event that we administratively close your request, you may submit a new request to DEA at any time. Please e-mail your response to DEA.FOIA@dea.gov.

If you are not satisfied with DEA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions regarding this letter, you may contact our FOIA Requester Service Center at (571) 776-2300, or e-mail your correspondence to DEA.FOIA@dea.gov.

Sincerely,

YVETTE DAVIS
Digitally signed by YVETTE DAVIS
Date: 2023.03.09 15:03:22 -05'00'

Yvette D. Davis, Chief
Intake Sub-Unit
Freedom of Information and Privacy Act Unit

Enclosure

# EXHIBIT

"C"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

3/15/2023

Sent To U.S DEPT OF JUSTICE DEA
        FOIA N PRIVACY ACT UNIT
Street, Apt. No.; 8701 MORRISSETTE DRIVE
or PO Box No.
City, State, ZIP+4 SPRINGFIELD VIRGINIA 22152

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 1404 2329

**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

---

*Telephone: (202) 514-3642*

Jeremy Achey
Register No. 76109-066
USP Coleman
Post Office Box 1033
Coleman, FL 33521

Re:   Appeal No. A-2023-00922

Request No. 23-00012-FP
CDT:HVH

**VIA: U.S. Mail - 5/12/2023**

Dear Jeremy Achey:

You attempted to appeal from the failure of the Drug Enforcement Administration (DEA) to respond to your Freedom of Information Act (FOIA) request for access to various records concerning Kristina Gorman, John Herycyk, Jeremy Achey (case no: 6:17-cr-00165-PBG) and Zackary Stewart, Kevan Slater, and Johnny Benjamin (case no: 9:17-cr-80203-WPD).

DEA responded to your request by letter dated March 9, 2023 (copy enclosed).  Because DEA responded to your request, your appeal from DEA's failure to respond to your request is moot.  Accordingly, I am closing your appeal file in this Office.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

·X _____

Christina D. Troiani
Associate Chief, for Matthew W. Hurd, Chief,
Administrative Appeals Staff

Enclosure



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

March 20, 2023

Jeremy Achey
Register No. 76109-066
USP Coleman P.O. Box 1033
Coleman, FL  33521

Dear Jeremy Achey:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the non-action of the Drug Enforcement Administration on 03/16/2023.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2023-00922. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist

# EXHIBIT

## "C"

TRULINCS 76109066 - ACHEY, JEREMY P - Unit: COP-D-A

---------------------------------------------------------------------------------------------------------

FROM: 76109066
TO:
SUBJECT: REPLY TO DEA
DATE: ▓▓▓▓▓06:57:41 PM

F.O.I.A. NO: 23-00012-FP


U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT AGENCY
FOIA AND PRIVACY ACT UNIT
8701 MORRISETTE DRIVE
SPRINGFIELD, VIRGINIA 22152

Date: April 4, 2023
JEREMY ACHEY 76109066
F.C.C. USP-1
COLEMAN, FLORIDA
33521

IN RESPONSE TO LETTER DATED MARCH 9TH, 2023

The above agency declared, "To retrieve the information that you may be seeking requires more

specificity" id. Achey has prepared a detailed list of DEA case numbers and local agency case numbers,

to assist the above agency in locating the requested information, along with the Date of Birth of subjects,

and which specific agency's are expected to have have the requested information in his F.O.I.A.

SUBJECTS:    Zachary E. Stewart        D.O.B. 2-14-1983

Kevan G. Slater        D.O.B. 12-18-1988

Johnny Clyde Benjamin Jr.    D.O.B. 11-13-1965

AGENCY(s): D.E.A. West Palm District Office GROUP 4   Case No: GS-17-0063 / GS-14-0013

D.E.A. Port St. Lucie Resident Office

Palm Beach VCD Homicide Case no: L6-121884

Palm Beach Sheriff Dept. Ref. Case No. 17385

---

SUBJECTS: Jonathan Herycyk        D.O.B. 6-14-1989

Kristina  Gorman        D.O.B. 10-29-1991

AGENCY(S): D.E.A. Orlando, Florida Case no: GB-17-0086   AGENT: Andre P. Armendariz (TFO).

LIMS # 2017-SFL4-03867

Orange County Sheriffs Office case no: 17-018372


THANK YOU FOR YOUR SERVICE, Sincerely,    X. _[signature]_

# EXHIBIT

## "D"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$          DEA. Appeal #3   5/30/23
Sent To   U.S. Dept. of Justice OFFICE OF INFORMATI
Street and Apt. No., or PO Box No.
6th Floor 441 G. Street NW
City, State, ZIP+4®
WASHINGTON, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7022 2410 0000 5469 8428



**U.S. Department of Justice**
Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, Virginia 22152

Case Number: 23-00012-FP

Subject: Achey, Jeremy

Jeremy Achey
Reg. No. 76109-066
USP Coleman I
P.O. BOX 1033
Coleman, Florida 33521

Dear Jeremy Achey:

This letter responds to your recent correspondence received by the Drug Enforcement Administration (DEA), Freedom of Information and Privacy Act (FOIA/PA) Unit, which contained the Department of Justice, Certification of Identity Form 361 dated March 15, 2023.

With regard to your request for records pertaining to Palm Beach County Case No: 17385; Palm Beach Homicide Case No: L6-121884 and Orange County Sheriff's Office Case No: 17-018372, be advised that DEA does not maintain records such as those that you described. It appears that the records you seek are likely to be maintained by state or local authorities. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the FOIA. Records that are maintained by state or local authorities are subject only to any records access laws that might be applicable to those states and localities. Accordingly, if you have not already done so, I suggest that you make a request for such records to the proper state or local authority in accordance with the appropriate state or local records access law.

In addition, with regard to your request for records on Kevan G. Slater, Zachary Stewart, Johnny Clyde Benjamin Jr., Jonathan Herycyc, and Kristina Gorman, please be advised that we have decided to neither confirm nor deny the existence of such records pursuant to Exemptions 6 & 7(C) of the FOIA. See 5 U.S.C. § 552(b)(6), (7)(C). Even to acknowledge the existence of law enforcement records on another individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. Please be advised that for each of the exemptions cited, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by these exemptions.

D --

Case Number: 23-00012-FP                                              Page 2

        Furthermore, the records you seek on yourself require searches in another office or offices, and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

        You may contact our FOIA Public Liaison at (571) 776-2300 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

        If you are not satisfied with DEA's response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                        Sincerely,
                                        DESHELIA          Digitally signed by DESHELIA
                                                          WALLACE
                                        WALLACE           Date: 2023.06.16 13:11:48 -04'00'
                                        Yvette D. Davis, Chief
                                        Intake Sub-Unit
                                        Freedom of Information and Privacy Act Unit

# EXHIBIT
# "D" - 3



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

June 13, 2023

Jeremy Achey
Register No. 76109-066
USP Coleman P.O. Box 1033
Coleman, FL 33521

Dear Jeremy Achey:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the non-action of the Drug Enforcement Administration regarding Request No. 23-00012-FP on 06/12/2023.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2023-01431. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

Jeremy Achey
Register No. 76109-066
United States Penitentiary
Post Office Box 1033
Coleman, FL 33521

Re:    Appeal No. A-2023-01431

Request No. 23-00012-FP

CDT:JKD

**VIA: U.S. Mail - 7/19/2023**

Dear Jeremy Achey:

You attempted to appeal from the failure of the Drug Enforcement Administration (DEA) to respond to your Freedom of Information Act (FOIA) request for access to records concerning yourself and certain third parties. Specifically, I note that you are appealing DEA's failure to respond after it reopened your request upon receipt of your letter dated March 15, 2023.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2022). As no adverse determination has yet been made by DEA, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted DEA and has been advised that your request is currently being processed. If you are dissatisfied with DEAs final response, you may appeal again to this Office. This Office has forwarded a copy of your letter to DEA. You should contact DEAs Requester Service Center at 202-307-7596 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X_____
Christina D. Troiani
Associate Chief, for Matthew W. Hurd, Chief,
Administrative Appeals Staff